# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EBONY APPLING,<br><br>Plaintiff,<br><br>v.<br><br>ROBB PITTS, LIZ HAUSMANN, BOB ELLIS, LEE MORRIS, NATALIE HALL, MARVIN S. ARRINGTON, JR., and KHADIJAH ABDUR-RAHMAN in their individual and official capacities as members of the Fulton County Board of Commissioners; KENNETH L. HERMON, JR. in his individual and official capacities; PATRICK "PAT" LABAT in his official and individual capacities; and FULTON COUNTY, GEORGIA.<br><br>Defendants. | CIVIL ACTION FILE NO.:<br><br>_____ |

## DEFENDANT BOB ELLIS' NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA:

Pursuant to 28 U.S.C. §§ 1331, 1441, 1443, 1446 *et seq.*, and Fed. R. Civ. P. 81(c), Defendant Bob Ellis by and through his undersigned counsel, hereby gives notice of removal of this action from the Superior Court of Fulton County, Georgia

1

to the United States District Court for the Northern District of Georgia, Atlanta Division. Reserving any and all rights, objections, defenses, immunities, and exceptions, to the extent required, Defendant Ellis respectfully shows the following grounds for removal:

1.

On November 1, 2021, Plaintiff filed *Amended Verified Complaint for Declaratory Judgment, Preliminary and Permanent Injunctive Relief, and Application for Writ of Mandamus and Prohibition* ("Amended Complaint"), naming in the caption of the Amended Complaint: Robb Pitts, Liz Hausmann, Bob Ellis, Lee Morris, Natalie Hall, Marvin S. Arrington, Jr., Khadijah Abdur-Rahman, Kenneth L. Hermon, Jr., Patrick "Pat" Labat and Fulton County, Georgia in Fulton County Superior Court, Civil Action File No. 2020-CV-337309 ("the Lawsuit").

2.

Defendant Ellis has not been served a summons or with a copy of the Lawsuit, but acknowledges receipt by his counsel at the time of filing of the Amended Complaint on November 1, 2021, which is the first time he was added as a party. A true and correct copy of the Amended Complaint is attached hereto as "**Exhibit A**," and the complete docket of filings as of this time, are attached hereto as "**Exhibit B**."

3.

The Amended Complaint alleges, *inter alia*, that Plaintiff's due process rights under the Fourteenth Amendment of the United States Constitution were violated. Plaintiff has invoked the right to sue under 42 U.S.C. §1983. [Amended Compl. at ¶ 2]. Plaintiff also brings various state law claims including due process claims under the Georgia Constitution, petition for writs of mandamus and prohibition, claims of breach of contract and interference with contract, all in an effort to reverse her termination and the 2019 changes to the Civil Service Act made by the Fulton County Board of Commissioners. These state law claims would be within the supplemental jurisdiction of this Court.

4.

This Court has original jurisdiction of this case pursuant to 28 U.S.C. § 1343(3). Accordingly, removal of this action is proper pursuant to 28 U.S.C. § 1441(a), which provides that "[a]ny action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the Unites States shall be removable regardless of the citizenship or residence of the parties."

5.

Removal must occur prior to the expiration of the thirty-day removal period

3

provided in 28 U.S.C. § 1446(a). Based on the Lawsuit commencing against Defendant Ellis on November 1, 2021 and receipt of the Lawsuit via his attorney on the same day, this notice of removal is timely filed. *See Jones v. Commonwealth Land Title Ins. Co.*, 459 Fed. App'x 808, 810 (11th Cir. 2012)(citing *Bailey v. Janssen Pharmaceutica, Inc.*, 536 F.3d 1202, 1207-1209 (11th Cir. 2008)).

6.

The record in the Lawsuit reflects service has only been effected on Defendants Kenneth L. Hermon, Jr. and Robb Pitts, and they consent to this removal. Furthermore, all currently named defendants consent to this removal. Accordingly, no other consent or authorization is required for removal.

7.

By reason of the foregoing, Defendant Ellis is entitled to remove this action to this Court pursuant to 28 U.S.C. §§ 1331, 1441, 1443, and 1446.

WHEREFORE, Defendant Ellis prays that this Notice of Removal be filed, that this action be removed to proceed in this Court, and that no further proceedings be had in Fulton County Superior Court, Civil Action File No. 2020-CV-337309.

Respectfully submitted, this 8th day of November, 2021.

OFFICE OF THE COUNTY ATTORNEY

*/s/Dominique A. Martinez*
Dominique A. Martinez

        Georgia Bar No. 430323
        Dominique.Martinez@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
Telephone: (404) 612-0246
Facsimile:  (404) 730-6324

## NOTICE OF CONSENT TO REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA:

Robb Pitts, Liz Hausmann, Lee Morris, Natalie Hall, Marvin S. Arrington, Jr., Khadijah Abdur-Rahman, Kenneth L. Hermon, Jr., Patrick "Pat" Labat and Fulton County, Georgia hereby join and express consent to Defendant Bob Ellis' Notice of Removal and Ebony Appling's civil action filed in Fulton County Superior Court, Civil Action File No. 2020-CV-337309, proceeding in this Court.

Respectfully submitted, this 8th day of November, 2021.

                                              OFFICE OF THE COUNTY ATTORNEY

                                              */s/Dominique A. Martinez*
                                              Dominique A. Martinez
                                              Georgia Bar No. 430323
                                              Dominique.Martinez@fultoncountyga.gov

141 Pryor Street, S.W.            Attorney for: Robb Pitts, Bob Ellis, Liz
Suite 4038                                 Hausmann, Lee Morris, Natalie Hall,
Atlanta, Georgia 30303            Marvin S. Arrington, Jr., Khadijah Abdur-
Telephone: (404) 612-0246       Rahman, Kenneth L. Hermon, Jr., Patrick
Facsimile: (404) 730-6324        "Pat" Labat and Fulton County, Georgia

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EBONY APPLING,<br><br>Plaintiff,<br><br>v.<br><br>ROBB PITTS, LIZ HAUSMANN, BOB ELLIS, LEE MORRIS, NATALIE HALL, MARVIN S. ARRINGTON, JR., and KHADIJAH ABDUR-RAHMAN in their individual and official capacities as members of the Fulton County Board of Commissioners; KENNETH L. HERMON, JR. in his individual and official capacities; PATRICK "PAT" LABAT in his official and individual capacities; and FULTON COUNTY, GEORGIA.<br><br>Defendants. | CIVIL ACTION FILE NO.:<br><br>_____ |

**CERTIFICATE OF FONT TYPE, SIZE AND SERVICE**

THIS IS TO CERTIFY that on this day, I presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(C) and that I served the foregoing DEFENDANT BOB ELLIS' NOTICE OF REMOVAL upon opposing counsel, by emailing and depositing a copy of the same in the United States Mail with adequate postage affixed thereon and addressed to:

Derek Jones  
Meghan S. Jones  
The Jones Law Firm, LLP  
1269 Monroe Drive N.E.  
Atlanta, Georgia 30306  

this 8th day of November, 2021.

                                    ***/s/ Dominique A. Martinez***  
                                    Dominique A. Martinez  
                                    Georgia Bar No. 430323  
                                    Dominique.martinez@fultoncountyga.gov